628

Argued March 2, 1983. Fred Lowenschuss, for appellants; Catherine N. Jasons, for appellees.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

Order affirmed.

461 A.2d 882

Tilli, Appellant v. Capobianco.
Affirmed in Part and Reversed in Part Sept. 29, 1983.

Argued April 7, 1983. Daniel Tilli, appellant, in propria persona; Jerry R. Knafo, for Capobianco, et al., appellees; David F. Snyder, for Commonwealth, appellee; Paul Gelman, for Freedberg, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Order affirmed.

463 A.2d 486

Wallace, Appellant v. Russell.
Reargument Denied Aug. 26, 1983.
Petition for Allowance of Appeal Denied Dec. 19, 1983.